UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEWTON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS INC.,<br><br>        Defendant. | Case No. 23-cv-00116-JD<br><br>**JUDGMENT** |

Pursuant to the second order of dismissal without leave to amend, Dkt. No. 39, and Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: January 9, 2024

_____
JAMES DONATO
United States District Judge